UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

THOMAS HENRY BLOOM,

       Debtor.

_____/

Case No. 25-02192-swd
Hon. Scott W. Dales
Chapter 13

## ORDER

PRESENT:    HONORABLE SCOTT W. DALES
                  Chief United States Bankruptcy Judge

For the reasons set forth in the Memorandum of Decision and Order dated October 30, 2025 (ECF No. 39), and finding that the Debtor has filed no motion or notice to convert or dismiss within the time provided, the court will dismiss this chapter 13 case.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.  This chapter 13 case is DISMISSED;
2.  The Trustee shall file her final report and account; and
3.  All orders which have been entered, if any, requiring the employer of the Debtor to submit monies to the Trustee are hereby terminated as of the date of entry of this Order.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon the Debtor, Michael Patrick Hanrahan, Esq., Elizabeth Clark, Esq., chapter 13 trustee, Kelly J. Shefferly, Esq., and all creditors appearing on the mailing matrix.

END OF ORDER

**IT IS SO ORDERED.**

**Dated November 7, 2025**



Scott W. Dales
United States Bankruptcy Judge